UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **JUAN STEWART,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine Base); |
| | : | 22 D.C. Code §§ 1803 and 3232 |
| | : | (Attempting to Receive Stolen Property); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 22 D.C. Code § 3231 |
| | : | (Trafficking In Stolen Property) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about April 21, 2005, within the District of Columbia, **JUAN STEWART**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about April 21, 2005, within the District of Columbia, **JUAN STEWART**, attempted to buy, receive, possess, and obtain control of property of value, belonging to the Metropolitan Police Department, consisting of Nintendo Game Boys, a Nintendo Game Cube, a Sony Play Station PSP and a Target VISA card, knowing and having reason to believe it was stolen, with the intent to defraud and to deprive the Metropolitan Police Department of a right to and benefit of the property.

(**Attempting to Receive Stolen Property**, in violation of 22 D.C. Code, Sections 1803 and 3232 (2001 ed.))

## COUNT THREE

On or about April 26, 2005, within the District of Columbia, **JUAN STEWART**, attempted to buy, receive, possess, and obtain control of property of value, belonging to the Metropolitan Police Department, consisting of a PS2 Play Station, a Logitech cordless controller, DVD games and music CDs, knowing and having reason to believe it was stolen, with the intent to defraud and to deprive the Metropolitan Police Department of a right to and benefit of the property.

(**Attempting to Receive Stolen Property**, in violation of 22 D.C. Code, Sections 1803 and 3232 (2001 ed.))

## COUNT FOUR

On or about April 27, 2005, within the District of Columbia, **JUAN STEWART**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT FIVE

On or about April 27, 2005, within the District of Columbia, **JUAN STEWART**, attempted to buy, receive, possess, and obtain control of property of value, belonging to the Metropolitan Police Department, consisting of a Play Station PSP, DVD movies and DVD games, knowing and having reason to believe it was stolen, with the intent to defraud and to deprive the Metropolitan Police Department of a right to and benefit of the property.

(**Attempting to Receive Stolen Property**, in violation of 22 D.C. Code, Sections 1803 and 3232 (2001 ed.))

## COUNT SIX

On or about May 3, 2005, within the District of Columbia, **JUAN STEWART**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT SEVEN

On or about May 3, 2005, within the District of Columbia, **JUAN STEWART**, attempted to buy, receive, possess, and obtain control of property of value, belonging to the Metropolitan Police Department, consisting of Sony PSP Play Stations, knowing and having reason to believe it was stolen, with the intent to defraud and to deprive the Metropolitan Police Department of a right to and benefit of the property.

(**Attempting to Receive Stolen Property**, in violation of 22 D.C. Code, Sections 1803 and 3232 (2001 ed.))

## COUNT EIGHT

On or about May 5, 2005, within the District of Columbia, **JUAN STEWART**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT NINE

On or about June 1, 2005, within the District of Columbia, **JUAN STEWART**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession With Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TEN

On two or more occasions, that is, between on or about April 21, 2005, and June 1, 2005, within the District of Columbia, **JUAN STEWART**," did traffic in property, stolen or otherwise, while knowing and having reason to believe that the property was stolen, in that he bought, received, possessed, and obtained control of property belonging to the Metropolitan Police Department, consisting of Nintendo Game Boys, a Nintendo Game Cube, Sony PSP Play Stations, a PS2 Play Station, a Target VISA card, a Logitech cordless controller, DVD games, DVD movies and music

CDs, with the intent to sell, pledge, transfer, distribute, dispense, and otherwise dispose of said property as consideration for property of value, that is, money and other consideration.

(**Trafficking In Stolen Property**, in violation of 22 D.C. Code, Section 3231 (2001 ed.))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.