NOTICE OF APPEARANCE                                              CO-1506 (New 5/92)

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

**FILED**

MAY - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
)
vs. )  Criminal No. 07-084 (PLF)
)
)
JUAN STEWART )
(DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____Charles O'Brien_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Charles O'Brien
(Attorney & Bar ID Number)

The Law Offices of O'Brien
(Firm Name)

666 11th St NW #515
(Street Address)

Wash, DC 20001
(City)    (State)    (Zip)

202 737-7140, 41
(Telephone Number)