UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO.  07-084 (PLF) |
| | : | |
| JUAN STEWART | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

NOTICE OF FILING

The government requests that the attached letter dated May 14, 2007, be made part of the record in this case.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        Bar No. 498-610

        /s/
        PERHAM GORJI
        Assistant United States Attorney
        Federal Major Crimes Section
        555 4th Street, N.W.,  Room #4233
        Washington, DC 20530
        (202) 353-8822; Fax: (202) 616-3782

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of this Notice of Filing, letter dated May 14, 2007, and enclosures, were served by first class mail, upon the attorney for the defendant, Charles O'Banion, Esquire, 666 11th Street, N.W., Suite 515, Washington, D.C.  20001, on this 14th day of May, 2007.

        /s/
        Assistant U.S. Attorney



**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*

*555 Fourth St. N.W.*
*Washington, D.C.  20001*

May 14, 2007

**By U.S. Mail**
Charles O'Banion, Esq.
666 11th Street, N.W.
Suite 515
Washington, DC 20001
(202) 737-7140

              Re:    United States v. Juan Stewart
                      Case No. 07-084 (PLF)

Dear Counsel:

      I am writing to provide you with certain information in response to your request for discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. Copies of the following documents are enclosed with this letter:

- PD 163, June 1, 2005 (2 pages)
- PD 81 (currency), June 1, 2005 (2 pages)
- PD 95 (currency), June 1, 2005 (1 page)
- PD 81 (drugs), June 1, 2005 (2 pages)
- PD 95 (currency), June 1, 2005 (1 page)
- Photos, June 1, 2005 (4 pages)
- DEA Lab Report, KL-253 (1 page)
- DEA 7, KL-253, June 1, 2005 (1 page)
- Photo KL-253 (1 page)
- PD 47 (1 page)
- Seizure list, June 1, 2005 (1 page)
- Copy of cd case cover, front and back (2 pages)
- Vehicle registration (1 page)
- Currency from center console (1 page)
- Visa credit card, front and back (2 pages)
- PD 95 (currency), June 1, 2005 (1 page)
- PD 95 (registration and car keys), June 1, 2005 (1 page)

- PD 95 (cigarette), June 1, 2005 (1 page)
- PD 81 (credit card, cd), June 1, 2005 (1 page)
- PD 81 (currency), June 1, 2005 (2 pages)
- PD 81 (car, registration, keys), June 1, 2005 (2 pages)
- Search warrant return, June 1, 2005 (1 page)
- Affidavit in support of criminal complaints and search warrants (10 pages)
- Application for search warrant PG County (7 pages)
- Search warrant PG County (2 pages)
- Seizure list and notes Cheverly, Maryland (10 pages)
- Diagrams of residence at Cheverly, Maryland (3 pages)
- Four PD 81s Cheverly, Maryland (8 pages)
- 1 page notes
- Items from file for April 7, 2005 (26 pages)
- Items from file for April 21, 2005:
- Cover page
- UC report (2 pages)
- DEA lab report KJ-899 (1 page)
- DEA 7, April 21, 2005 (1 page)
- Photo of KJ-899 (1 page)
- PD 81 drugs (2 pages)
- PD 95 drugs (1 page)
- Photocopies of bait property from April 21, 2005 (15 pages)
- PD 81 currency, April 21, 2005 (2 pages)
- notes
- Items from file for April 26, 2005:
- Cover page
- UC report (2 pages)
- PD 81 currency, April 26, 2005 (2 pages)
- Photocopies of bait property from April 26, 2005 (16 pages)
- Notes (2 pages)
- Items from file for April 27, 2005:
- Cover page
- UC Report
- DEA lab report KK-102 (1 page)
- DEA 7 April 27, 2005 (1 page)
- Photo of KK-102 (1 page)
- PD 81 drugs, April 27, 2005 (2 pages)
- Note (1 page)
- Photocopies of bait property (22 pages)
- Items from file for May 3, 2005:
- Cover page
- UC Report (2 pages)
- DEA lab report KK-261 (1 page)
- DEA 7 May 3, 2005 (1 page)

- Photo of KK-261 (1 page)
- PD 81 drugs, May 3, 2005 (2 pages)
- PD 95 drugs, May 3, 2005 (1 page)
- Notes (2 pages)
- Photocopies of bait property from May 3, 2005 (11 pages)
- Items from file for May 5, 2005:
- Cover page
- UC report (2 pages)
- DEA lab report for KK-485 (1 page)
- DEA 7 May 5, 2005 (1 page)
- Photo of KK-485 (1 page)
- PD 81 drugs, May 5, 2005 (2 pages)
- PD 95 drugs, May 5, 2005 (2 pages)
- Notes (1 page)

If you have any questions about the information provided above, you may contact me by telephone, fax, mail, or e-mail.

Perham Gorji
Office of the United States Attorney
Federal Major Crimes Section
Room 4233
555 Fourth Street, N.W.
Washington, D.C. 20530

Office:     202-353-8822
Fax:        202-616-3782
E-mail:     perham.gorji@usdoj.gov

If you file any pleading in this case, please note that our zip code has changed recently to 20530. Also, please fax any pleadings or correspondence so that we may be assured receipt of the document.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By:

PERHAM GORJI
Assistant United States Attorney

3

cc: District Court Case File (without attachments)