UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-084 (PLF) |
| v. | : | |
| | : | |
| KEVIN MOTLEY | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned for all purposes to Assistant United States Attorney Jocelyn Ballantine at telephone number (202) 514-7533 and/or email address Jocelyn.Ballantine2@usdoj.gov, and that Assistant United States Attorney Perham Gorji no longer represents the United States in this matter.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

BY: _____
    JOCELYN S. BALLANTINE
    Assistant United States Attorney
    C.A. Bar No. 208267
    555 4th Street, N.W. Room 4237
    Washington, DC 20530