**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  07-084 (PLF)** |
| | : | |
| **v.** | : | |
| | : | |
| **JUAN STEWART** | : | |

<u>**NOTICE OF SUBSTITUTION OF COUNSEL**</u>

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned for all

purposes to Assistant United States Attorney Jocelyn Ballantine at telephone number (202) 514-7533

and/or email address <u>Jocelyn.Ballantine2@usdoj.gov</u>, and that Assistant United States Attorney

Perham Gorji no longer represents the United States in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/

BY: _____

JOCELYN S. BALLANTINE
Assistant United States Attorney
C.A. Bar No. 208267
555 4th Street, N.W.  Room 4237
Washington, DC 20530