United States District Court
For the District of Columbia

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 JUN 11 PM 1:09
NANCY M.
MAYER-WHITTINGTON
CLERK

United States of America

v.

Juan Stewart

Case No. : 07-084
Judge: J. Friedman
Status Date: 6/13/2007

FILED
JUN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion to Continue Status

Comes now, Charles H. O'Banion, counsel in the above case and respectfully requests this Court to continue the above matter until June 22, 2007. In support of this counsel states as follows:

1) Counsel has spoken with U.S. Attorney Perham Gorji who does not oppose this request.

2) One of the defendant's children has a graduation set for the 13th.

Wherefore counsel respectfully requests this Court to continue the above matter until June 22, 2007 or any date the Court might deem appropriate excluding June 25th or the 28th.

Respectfully submitted,

_____
Charles H. O'Banion, #212829
666 11th Street, N.W.
Suite 515
Washington, D.C. 20001
202/737-7140, 41

Certificate of Service

I hereby certify that a copy of the above motion has been hand delivered to the U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C., this 8th day of June 2007.

_____
Charles H. O'Banion

# Carrollton Elementary School
## The *Can Do* School of Excellence
A Positive Peaceful Productive School Community & *Home of Academic Leapers*
8300 Quintana Street   New Carrollton MD 20784   301-918-8708   301-918-8710 (Fax)

---

*John F. Enkiri, Principal*                    *Emmett Hendershot, Assistant Principal*

Dear 6th grade Parents/Guardians,

The 6th grade promotional activity will be held on Wednesday, June 13, 2007 at Carrollton Elementary School. The ceremony will begin promptly at 8:30 am, on the school's soccer field. The students must be in school no later than 7:45am in order to participate. The program will run for approximately 45 minutes.

Dress attire for boys:
- dress shirt and tie
- dress slacks (no jeans)
- dress shoes (no sneakers)
- all shirts must be tucked in
- boys may either follow the above dress attire or wear their school uniform

Dress attire for girls:
- dress/skirt and blouse (no gauchos, or flair pants)
- dresses should not be more than one inch above the knee
- shoes should not be more than an inch high
- No spaghetti straps or low cut tops
- girls may either follow the above dress attire or wear their school uniform

Students not dressed in appropriate attire or school uniform will not be allowed to participate.

Thank you for your support and if you have any questions or concerns please feel free to contact your child's teacher.

Thank you,

6th grade team

FILED
JUN 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment
CR 07-84-PLF

United States District Court
For the District of Columbia

United States of America                    Case No. : 07-084
                                            Judge: J. Friedman
v.                                          Status Date: 6/13/2007

Juan Stewart

## Order

It is hereby ordered this _____ day of _____, 2007 that the above case is continued until June 22nd, 2007 or the first available date the court deems appropriate excluding June 25th or 28th, 2007.

_____
Judge

cc:   U.S. Attorney's Office
      555 4th Street, N.W.
      Washington, D.C.

      Charles H. O'Banion
      666 11th Street, N.W.
      Suite 515
      Washington, D.C. 20001