UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-084 (PLF) |
| | : | |
| v. | : | |
| | : | |
| JUAN STEWART | : | |

**MOTION TO CONTINUE STATUS HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the court continue the status hearing in the above-captioned case to any day after September 13, 2007.

By prior order, the court scheduled a status hearing in this case for September 14, 2007 at 9:45 am. Today the Court rescheduled the matter for September 11, 2007, at 11:15 am. Counsel for the government is scheduled to begin a criminal trial (United States v. Troy Lewis, 07-119) before Judge Kessler on September 10, 2007. Government counsel is therefore unavailable on September 11, 2007, but she anticipates that it will take less than a week to try the Lewis case, and that she will be available any day after September 13, 2007.

The defendant in this case is not held, and at the moment the court has tolled the Speedy Trial Act in the interest of justice to permit the parties to pursue a resolution of the case short of trial.

Counsel has notified counsel for the defense of her intent to file this motion.

WHEREFORE the government respectfully requests that the court continue this matter to a date after September 13, 2007.

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR
                                            United States Attorney

                                                  /s/
BY:          _____
                                            JOCELYN S. BALLANTINE
                                            Assistant United States Attorney
                                            C.A. Bar No. 208267
                                            555 4th Street, N.W.  Room 4237
                                            Washington, DC 20530
                                            202-514-7533