FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-84 (PF)** |
| | : | |
| v. | : | **VIOLATION: 21 U.S.C. § 841** |
| | : | (Possession With Intent |
| **JUAN STEWART,** | : | to Distribute Cocaine Base) |
| **Defendant.** | : | |
| | : | |

### PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1.  In October 2003, Lieutenant Michael Smith of the Metropolitan Police Department ("MPD") became aware of suspicious activity occurring at Cuttin' Up Barber Shop, located at 1206 9th Street, N.W., Washington, D.C. (the "barbershop"). He observed three subjects loading a trailer attached to a vehicle with several items, including bicycles, a television and stereo. The subjects were removing items from an alley side door on the side of 1208 9th Street, N.W., which is connected to the barbershop. Lieutenant Smith also saw that they were unloading several other items, including toolboxes, another television, paintings, additional bicycles and power tools. It appeared that the room was a storage area. Over the course of time through the year 2004, MPD received several citizens' complaints regarding suspicious activity at the location.

2.  As a result, MPD Detective David Swinson initiated investigation of the barbershop by enlisting a confidential informant, SE/603, who was a reliable source and had sold bait property on over forty prior occasions at other locations known for trafficking in stolen property, leading to multiple search and arrest warrants and the seizure of stolen property. Based on information that was obtained during the course of the investigation, MPD identified the defendant, Juan Stewart, as a

target. Detective Swinson had personal knowledge that the defendant had been working at Cuttin' Up Barber Shop since at least January of 2003. The following events occurred during the investigation.

    A.    On April 21, 2005, Detective Swinson and the Task Force members met with SE/603. MPD Undercover Officer Cynthia Lovely was also present. SE/603 and UC Lovely were given a quantity of bait property (4 Nintendo Game Boys, 1 Nintendo Game Cube, One Sony Playstation PSP and a Target VISA card bearing the name, Sarah Fitzgerald). SE/603 left a voicemail for Juan Stewart around 3:30 p.m. Around 4:30 p.m., Detective Swinson and Task Force members dropped the UC and SE/603 at a secured location and directed them to enter Cuttin' Up Barber Shop for the purpose of selling the bait property. Once they approached the front of the location, defendant Juan Stewart exited the barbershop and met with them outside. SE/603 introduced the UC to the defendant and advised him that the UC was a friend and could be trusted. The defendant then asked if they had one of the items he had requested during the course of another transaction with SE/603 and the UC advised that they did. The items were suggested to be stolen. The items were displayed to the defendant, who took all the items including the credit card. On the video and audio recording, the defendant asked if the credit card was on. He then said that he did not have an eight ball, but that he could get them something nice. The defendant then went upstairs to an unknown apartment. The defendant returned with twenty dollars in U.S. Currency and an envelope containing loose white rock-like substance which he handed to SE/603. SE/603 then handed the envelope containing the white rock-like substance and U.S. currency to the UC. MPD Investigator Brett Brown later tested a portion of the white rock-like substance, which tested positive for the presence of cocaine base.

The quantity was later analyzed by the DEA and determined to be 1.4 grams of cocaine base (Lab No. KJ-899, examined by Chemist Brian Makela).

B. Similar audio- and video-taped transactions involving merchandise that was represented to be "stolen" took place between the defendant and SE/603 and UC Lovely on the following dates:

- April 26, 2005 – 1 PS2 Playstation, 1 Logitech cordless controller, 6 DVD games and 6 music CDs many of the same title, in exchange for $60 cash;

- April 27, 2005 – 1 Playstation PSP, 9 DVD movies and 3 DVD games, in exchange for 1.2 grams of crack cocaine (Lab No. KK-102, analyzed by Chemist Brian Makela); and

- May 3, 2005 – five (5) Sony PSP Playstations, in exchange for 2.4 grams of crack cocaine (Lab No. KK-261, analyzed by Chemist Brian Makela).

C. In addition, on May 5, 2005, Detective Swinson, along with Task Force members met with SE/603 and UC Lovely. The UC was given one hundred and fifty dollars ($150.00). Detective Swinson and Task Force members dropped the UC and SE/603 at a secured location and directed them to enter Cuttin' Up Barber to purchase an amount of crack cocaine from the defendant. The UC and SE/603 met with the defendant at the barbershop. The defendant, the UC and SE/603 walked a short distance to a gas station located at 9th and N Streets, Northwest. In the gas station, the UC gave the defendant the one hundred and fifty dollars in exchange for 0.73 grams and 2.1 grams of cocaine base.

3. During the course of the investigation, the defendant was identified as Juan Stewart, born on July 21, 1969 and having PDID No. 492171. He is the registered owner of a beige Acura

bearing Virginia license plate number JSY 7905. A WALES/NCIC search and other resources available to Detective Swinson confirmed the defendant's home address to be 6219 Cheverly Park Drive, Cheverly, Maryland. Detective Doug Allen with the Fairfax County Police Department, a fellow Task Force member working with Detective Swinson, also observed the defendant's Acura parked in the drive way of 6219 Cheverly Park Drive, Cheverly, Maryland, on several occasions.

4. As a result of the above mentioned activity, Detective Swinson applied for and obtained an arrest warrant for defendant Juan Stewart on May 25, 2005. In addition, Detective Swinson applied for search warrants for the barbershop at 1206 9th Street, N.W., Square fashion store at 1208 9th Street, N.W., and the defendant's Acura. A search warrant was also obtained in Prince George's County, Maryland, for the defendant's known residence at 6219 Cheverly Park Drive, Cheverly, Maryland.

5. On June 1, 2005, the warrants were executed. Defendant Juan Stewart was arrested in front of the barbershop at 1206 9th Street, N.W., at approximately 3:08 p.m. Upon arrest, Detective Swinson asked the defendant if he had anything on him that he should not have. The defendant said he had cocaine in his pocket. Search incident to arrest did not reveal any cocaine in the defendant's pocket; however he had a lump in his sock. Search incident to arrest by MPD Officer Christopher Petz revealed that the lump in the defendant's left sock was a plastic bag containing a white rock like substance, which field tested positive for cocaine base. The white rock substance was later confirmed by the DEA to be 22.2 grams of cocaine base (Lab. No. KL-253 analyzed by Chemist B. Jaime Eshelman). The defendant later waived his <u>Miranda</u> rights at 5:36 p.m., but did not make any statements relevant to the case.

6.  During the search of the defendant's home at 6129 Cheverly Park Drive, Cheverly, Maryland, Detective A.D. Allen and Detective W. M. Brock recovered numerous items of stolen property, including three items that had been previously sold to the defendant as bait property: a Nintendo Game Boy (Serial Number AV533563751) sold on April 21, 2005; a Nintendo Game Cube (Serial Number DS104699179) sold on April 21, 2005; and a Sony PSP Game Console (PP118102634) sold on May 3, 2005.

7.  This proffer of evidence is not intended to constitute a complete statement of all facts known by Mr. Stewart but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea.

Respectfully submitted,

JEFFREY A. TAYLOR, Bar No. 498610
United States Attorney

_____
JOCELYN S. BALLANTINE, CA Bar Num. 208267
Assistant United States Attorneys
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, DC 20530
(202) 514-7533

## DEFENDANT'S ACCEPTANCE

      I have read the Proffer of Evidence setting forth the facts as to my possession with the intent to distribute five grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii). I have discussed this proffer fully with my attorney, Charles O'Banion, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 10-12-07

JUAN STEWART
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

      I have read each of the pages constituting the government's proffer of evidence. I have reviewed the entire proffer with my client, Juan Stewart, and have discussed it with him fully.

Date: 10/12/07

CHARLES O'BANION, ESQUIRE
Counsel for Defendant