HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-84 |
| vs. | : | SSN: |
| STEWART, Juan | : | Disclosure Date: November 29, 2007 |

**FILED**
JAN 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
  (✓)  There are no material/factual inaccuracies therein.
  ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                           12-13-07
Prosecuting Attorney                                        Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
  ( )  There are no material/factual inaccuracies therein.
  ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____     _____   _____
Defendant                           Date              Defense Counsel                    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by December 13, 2007, to U.S. Probation Officer Rence Moses-Gregory, telephone number (202) 565-1348, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Chief
     United States Probation Officer

**Receipt and Acknowledgment**  Page 2

Please note that the government will file a motion to dismiss the Superior Court case 2005 Fel 3073 upon sentencing in this case.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: _____